1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DUNMYER

6
   MICHAEL ARMSTRONG
7  Attorney at Law
   600 University Avenue
8  Palo Alto, CA 94301
   Telephone: (650) 843-1000
9

10 Counsel for Defendant POLLOCK

11

12                     IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                                 SAN JOSE DIVISION

15

16 UNITED STATES OF AMERICA,          )    No. CR 11-00739 LHK
                                      )
17      Plaintiff,                    )    JOINT STIPULATION AND [PROPOSED]
                                      )    ORDER CONTINUING HEARING DATE
18   v.                               )    AND EXCLUDING TIME UNDER THE
                                      )    SPEEDY TRIAL ACT
19                                    )
   AARON POLLOCK, et al.              )
20                                    )
        Defendant.                    )
21  _____   )

22

23      Defendants and the government, through their respective counsel, subject to the court's

24 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

25 matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to February 1, 2012, at

26

27 10:00 a.m.  The reason for the continuance is defense counsel's unavailability because of a recent

28 death in defense counsel's family, and continuity of counsel.

   Stipulation and [Proposed] Order
   No. CR 11 00739 LHK                        1

The parties further agree and stipulate that time should be excluded from and including December 21, 2011, through and including February 1, 2012, to provide counsel reasonable time to prepare and continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: December 15, 2011

_____/s/_____
MANUEL  ARAUJO
Assistant Federal Public Defender

Dated: December 15, 2011

_____/s/_____
MICHAEL ARMSTRONG
Attorney for Defendant, Aaron Pollock

Dated:  December 15, 2011

_____/s/_____
TIMOTHY LUCEY
Assistant United States Attorney

[P~~ROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter shall be continued from December 21,  2011, at 10:00 a.m., to February 1, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between December 21, 2011, and February 1, 2012, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time

Stipulation and [~~Proposed~~] Order
No. CR 11 00739 LHK                           2

between December 21, 2011, and February 1, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21, 2011, through and including February 1, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December  20 , 2011



HONORABLE LUCY H. KOH
United States District Judge

Stipulation and [Proposed] Order
No. CR 11 00739 LHK                3